**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | |
| Plaintiff, | C.A. No. _____ |
| v. | **JURY TRIAL DEMANDED** |
| PHILIPS NORTH AMERICA LLC, | |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Display Technologies, LLC is a Texas limited liability company. Display Technologies, LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: October 11, 2017                         BAYARD, P.A.

Of Counsel:                                            */s/ Stephen B.  Brauerman*

Thomas C. Wright, Ph.D.                       Stephen B. Brauerman (#4952)
Alex J. Whitman                                      Sara E. Bussiere (#5725)
CUNNINGHAM SWAIM, LLP                  600 North King Street
7557 Rambler Road, Suite 400              Suite 400
Dallas, TX 75231                                    Wilmington, DE 19801
Telephone: (214) 646-1495                     sbrauerman@bayardlaw.com
twright@cunninghamswaim.com            sbussiere@bayardlaw.com
awhitman@cunninghamswaim.com

                                                             *Attorneys for Plaintiff*