## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DISPLAY TECHNOLOGIES LLC,**<br><br><br>     Plaintiff,<br><br>v.<br><br>**GIBSON INNOVATIONS USA, INC.,**<br><br><br>     Defendant. | Civil Action No. 17-cv-1426-RGA<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED**<br><br>Amended Complaint filed:<br>December 13, 2017 |

### DEFENDANT GIBSON INNOVATIONS USA, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

OF COUNSEL:

BATES & BATES, LLC

Andrea E. Bates (*Pro Hac Vice*)
Kurt W. Schuettinger (*Pro Hac Vice*)
1890 Marietta Boulevard NW
Atlanta, GA 30318
(404) 228-7439
abates@bates-bates.com
kschuettinger@bates-bates.com
*Attorneys for Defendant Innovations Brands, Inc.*

FERRY JOSEPH, P.A.

*/s/ Rick S. Miller*
Rick S. Miller (#3418)
824 Market St., Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
rmiller@ferryjoseph.com
*Attorney for Defendant Innovations Brands, Inc.*

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, Gibson Innovations USA, Inc. ("Defendant") respectfully moves to dismiss Plaintiff's Amended Complaint. The grounds for this motion are fully set forth in Defendant's Memorandum brief in support of this motion, filed contemporaneously herewith, and upon the papers, records, and pleadings on file with the Court.

February 5, 2018


OF COUNSEL:

BATES & BATES, LLC                          FERRY JOSEPH, P.A.

Andrea E. Bates (*Pro Hac Vice*)              /s/ Rick S. Miller
Kurt W. Schuettinger (*Pro Hac Vice*)         Rick S. Miller (#3418)
1890 Marietta Boulevard NW                   824 Market St., Suite 1000
Atlanta, GA 30318                            P.O. Box 1351
(404) 228-7439                               Wilmington, DE 19899
abates@bates-bates.com                       (302) 575-1555
kschuettinger@bates-bates.com                rmiller@ferryjoseph.com
*Attorneys for Defendant Innovations Brands, Inc.*   *Attorney for Defendant Innovations Brands, Inc.*

2