# EXHIBIT B

### Play audio through Bluetooth

Through Bluetooth, connect the home theater with your Bluetooth device (such as an iPad, iPhone, iPod touch, Android phone, or laptop), and then you can listen to the audio files stored on the device through your home theater speakers.

FIG. 1

**What you need**
- A Bluetooth device which supports Bluetooth profile A2DP, and with Bluetooth version as 2.1 + EDR.
- The operational range between the home theater and a Bluetooth device is approximately 10 meters (30 feet).

1  Press ⏻ to select Bluetooth mode.
   ↪ BT is displayed on the display panel.

2  On the Bluetooth device, switch on Bluetooth, search for and select the name of your home theater to start connection (see the user manual of the Bluetooth device on how to enable Bluetooth).
   - If prompted for a password, enter '0000'.

FIG. 2

## Connect Bluetooth via NFC

NFC (Near Field Communication) is a technology that enables short-range wireless communication between NFC-enabled devices, such as mobile phones.

**What you need**
- A Bluetooth device with NFC function.
- For pairing, tap the NFC device onto the NFC tag of the home theater.

1. Enable NFC on the Bluetooth device (see the device's user manual for details).
2. Tap the NFC device onto the NFC tag of the home theater until the speakers of the home theater beep.
   → When the Bluetooth connection succeeds, **BT READY** is displayed on the display panel for two seconds, and then the display comes back to **BT**.
   → If the connection fails, no beep sound is heard from the home theater, and **BT** always displayed on the display panel.
3. Select and play audio files or music on your NFC device.
   - To break the connection, tap again the NFC device onto the NFC tag on the home theater.

FIG. 3

## 5.1 3D Blu-ray Home theater



**1000W Powerful cinematic surround sound**
Pump up your home entertainment experience with the Philips home theater system It offers powerful 1000W with deeper bass effect and immersive 3D Blu-ray Disc playback.
See all benefits ›

HTB3520/98   Find similar products ›

FIG. 4