# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**GIBSON INNOVATIONS USA, INC.,**<br><br>Defendants. | **Civil Action No. 1:17-cv-01426-RGA**<br><br>**JURY TRIAL DEMANDED** |

## DISPLAY TECHNOLOGIES, LLC'S RESPONSE TO DEFENDANT GIBSON INNOVATIONS USA, INC.'S MOTION TO DISMISS

Plaintiff Display Technologies, LLC ("Display") respectfully responds to Defendant Gibson Innovations USA, Inc.'s ("Gibson") Motion to Dismiss [D.I. 12] and would show the Court as follows:

Plaintiff has filed a Motion for Leave to File Amended Complaint concurrently with this response. If granted, the amendment would moot the present motion since it would no longer address the operative Complaint in this case.

Accordingly, Display requests that the Court extend the deadline to respond to the present motion until the motion for leave is resolved. Plaintiff further requests that if the motion for leave to amend is denied, that plaintiff be given one week to respond to the pending motion to dismiss.

Dated: March 21, 2018

| OF COUNSEL: | BAYARD, P.A. |
|---|---|
| Thomas C. Wright<br>Cunningham Swaim, LLP<br>7557 Rambler Road, Suite 400<br>Dallas, TX 75231<br>(214) 646-1495<br>twright@cunninghamswaim.com | /s/ Stephen B.Brauerman<br>Stephen B. Brauerman (#4952)<br>Sara E. Bussiere (#5725)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*Display Technologies, LLC* |