**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-1426-RGA |
| ) | |
| GIBSON INNOVATIONS USA, INC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1 REGARDING**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

I hereby certify that counsel for Plaintiff Display Technologies, LLC ("Plaintiff") has made reasonable efforts in good faith to reach agreement with Defendant in the above-referenced case on the issues presented in the Plaintiff's Motion for Leave to File Amended Complaint (the "Motion"). The parties were unable to resolve the matter. Accordingly, Plaintiff filed the Motion.

Dated: March 22, 2018

| | |
|---|---|
| OF COUNSEL: | BAYARD, P.A. |
| | |
| Thomas C. Wright | */s/ Stephen B.Brauerman* |
| Cunningham Swaim, LLP | Stephen B. Brauerman (#4952) |
| 7557 Rambler Road, Suite 400 | Sara E. Bussiere (#5725) |
| Dallas, TX 75231 | 600 North King Street, Suite 400 |
| (214) 646-1495 | Wilmington, DE 19801 |
| twright@cunninghamswaim.com | sbrauerman@bayardlaw.com |
| | sbussiere@bayardlaw.com |
| | |
| | *Attorneys for Plaintiff* |
| | *Display Technologies, LLC* |