## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DISPLAY TECHNOLOGIES LLC,** | Civil Action No. 17-cv-1426-RGA |
| Plaintiff, | **PATENT CASE** |
| v. | **JURY TRIAL DEMANDED** |
| **GIBSON INNOVATIONS USA, INC.,** | |
| Defendant. | |

### SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY

Defendant Gibson Innovations USA, Inc. ("Innovations") hereby files this Suggestion of Bankruptcy and Notice of Stay, respectfully showing the Court as follows:

On May 1, 2018, Innovations filed its Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case No. 18-11032-CSS, (the "Voluntary Petition").  A true and correct copy of the Voluntary Petition is attached hereto as Exhibit "**A**."  Pursuant to Section 362(a) of the Bankruptcy Code, the filing of the Petition operates as a stay of:

> (1)  the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title.

As a result of the operation of the automatic stay, all parties are stayed from any further continuation of these proceedings until such time as the Bankruptcy

Court may order otherwise.  Attached hereto is Innovations' Proposed Order Staying

Case.

       **WHEREFORE**, Innovations prays that this Court take notice of the

Bankruptcy Stay and that this action be stayed.

Dated: May 7, 2018

OF COUNSEL:

| | |
|---|---|
| BATES & BATES, LLC | FERRY JOSEPH, P.A. |
| Andrea E. Bates (*Pro Hac Vice*) | /s/ Rick S. Miller |
| Kurt W. Schuettinger (*Pro Hac Vice*) | Rick S. Miller  (#3418) |
| 1890 Marietta Boulevard NW | 824 Market St., Suite 1000 |
| Atlanta, GA 30318 | P.O. Box 1351 |
| (404) 228-7439 | Wilmington, DE 19899 |
| abates@bates-bates.com | (302) 575-1555 |
| kschuettinger@bates-bates.com | rmiller@ferryjoseph.com |
| *Attorneys for Defendant Gibson Innovations* | *Attorney for Defendant Gibson Innovations* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 7, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5.

/s/ Rick S. Miller
Rick S. Miller

4