IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 17-1426-RGA |
| GIBSON INNOVATIONS USA, INC., | : |
| Defendant. | : |

## ORDER

WHEREAS, the above-captioned case was stayed on May 8, 2018;

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall file status reports every six months, and promptly notify the Court when the case may be reopened and other appropriate action taken.

May 8, 2018
Date

Richard G. Andrews
United States District Judge