UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DISPLAY TECHNOLOGIES LLC,**<br><br>                    Plaintiff,<br>v.<br><br>**GIBSON INNOVATIONS USA, INC.,**<br><br>                    Defendant. | Civil Action No. 17-cv-1426-RGA<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**GIBSON INNOVATIONS USA, INC.'S UPDATE REGARDING STATUS
OF BANKRUPTCY ACTION**

Pursuant to the Court's May 8, 2018 Order, Defendant Gibson Innovations USA, Inc. ("Innovations") for its update regarding the status of the bankruptcy action which occasioned the suspension of this proceeding, states as follows:

On May 1, 2018, Innovations filed its Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case. No. 18-11025-CSS.

On May 8, 2018, this Court entered an order (Dkt. 25) which required Innovations to provide this Court with an update with regard to the status of the bankruptcy proceedings once they had been completed or in six months, whichever would come first.

As of November 8, 2018, the bankruptcy proceedings are still ongoing. Innovations expects discharge from the Bankruptcy in the coming months and will update the court once the Bankruptcy proceedings have been completed or in six months, whichever may come first.

WHEREAS, Innovations respectfully requests the Court continue to stay these proceedings.

Respectfully submitted, this 8th day of November 2018.

OF COUNSEL:
BATES & BATES, LLC                                               FERRY JOSEPH, P.A.
Andrea E. Bates (*Pro Hac Vice*)                                 /s/ *Rick S. Miller*
Kurt W. Schuettinger (*Pro Hac Vice*)                            Rick S. Miller  (#3418)
1890 Marietta Boulevard NW                                       824 Market St., Suite 1000
Atlanta, GA 30318                                                P.O. Box 1351
(404) 228-7439                                                   Wilmington, DE 19899
abates@bates-bates.com                                           (302) 575-1555
kschuettinger@bates-bates.com                                    rmiller@ferryjoseph.com
*Attorneys for Defendant Gibson Innovations*                     *Attorney for Defendant Gibson Innovations*