## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DISPLAY TECHNOLOGIES LLC,**<br><br>Plaintiff,<br>v.<br><br>**GIBSON INNOVATIONS USA, INC.,**<br><br>Defendant. | Civil Action No. 17-cv-1426-RGA<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF CLOSED BANKRUPTCY CASE

Defendant Gibson Innovations USA, Inc. ("Innovations") hereby files this Notice of Closed Bankruptcy, respectfully showing the Court as follows:

On May 8, 2018, this Court stayed this case and administratively closed the case, pending a final determination of Innovations' Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case No. 18-11025-CSS. [*See* Order at Doc. No. 25.]

The Bankruptcy Court has reached a final determination on Innovations' Chapter 11 Bankruptcy. Attached as Exhibit "**A**" is the Final Decree Closing Gibson's Chapter 11 Bankruptcy, resulting in a final determination of Gibson's Bankruptcy.

**WHEREFORE**, Innovations prays that this Court take notice of the Final Decree Closing Innovations' Chapter 11 Bankruptcy and that this action be reopened. Within fifteen (15) days of this Court reopening this case, Innovations will file a status report with the Court of pending motions and will show why this case should be

dismissed because Innovations was dissolved during the bankruptcy and is no longer an active company.

Dated:  February 5, 2019

| OF COUNSEL: | |
|---|---|
| BATES & BATES, LLC | FERRY JOSEPH, P.A. |
| Andrea E. Bates (*Pro Hac Vice*) | /s/ *Rick S. Miller* |
| Kurt W. Schuettinger (*Pro Hac Vice*) | Rick S. Miller  (#3418) |
| 1890 Marietta Boulevard NW | 824 Market St., Suite 1000 |
| Atlanta, GA 30318 | P.O. Box 1351 |
| (404) 228-7439 | Wilmington, DE 19899 |
| abates@bates-bates.com | (302) 575-1555 |
| kschuettinger@bates-bates.com | rmiller@ferryjoseph.com |
| *Attorneys for Defendant Gibson Innovations* | *Attorney for Defendant Gibson Innovations* |