IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GIBSON INNOVATIONS USA, INC.,<br><br>Defendant. | C.A. No. 1:17-cv-01426-RGA<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(ii), by Plaintiff Display Technologies, LLC ("Plaintiff") and Defendant Gibson Innovations USA, Inc., ("Defendant"), through their undersigned attorneys, and subject to the approval of the Court, that Plaintiff's claims for relief against Defendant are dismissed without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

February 21, 2019

| | |
|---|---|
| BAYARD, P.A. | FERRY JOSEPH, P.A. |
| */s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (#4952)<br>Sara E. Bussiere (#5725)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com | */s/ Rick S. Miller*<br>Rick S. Miller  (#3418)<br>824 Market St., Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19899<br>(302) 575-1555<br>rmiller@ferryjoseph.com |
| *Attorneys for Plaintiff Display Technologies, LLC* | *Attorneys for Defendant Gibson Innovations* |

IT IS SO ORDERED this _____ day of _____.

_____
The Honorable Richard G. Andrews
United States District Court Judge